THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| I. V. I.<br><br>   *Petitioner*,<br><br> v.<br><br>Nikita Baker, Interim Director, Baltimore Field Office, U.S. Immigration and Customs Enforcement; Todd Lyons, Acting Director U.S. Immigration and Customs Enforcement; Kristi Noem, Secretary of Homeland Security<br><br>   *Respondents*. | Case No.: 1:25-cv-01572 |

**PETITIONER'S MOTION FOR STAY AND
TEMPORARY RESTRAINING ORDER**

  Comes now the Petitioner, by and through undersigned counsel, and, for the reasons stated in the accompanying Memorandum of Law in Support of Petitioner's Motion for Stay and Temporary Restraining Order, moves this Court to enter an order that (1) Petitioner is a member of the nationwide class certified in *D.V.D. v U.S. Department of Homeland Security*, No. 64 Civ. 25-10676-BEM (D. Mass. April 18, 2025) ("*D.V.D.* Memorandum and Order"); (2) that Respondents provide Petitioner with all necessary immigration process due *D.V.D.* class members; (3) that this Court stay Petitioner's present Application, pending the immigration process due *D.V.D.* class members; (4) that counsel for the parties provide the Court with regular status reports regarding the Petitioner's immigration process; and (5) enjoining Respondents from executing any final removal of Petitioner pending final adjudication of Petitioner's Application by this Court.

Dated: May 21, 2025             Respectfully submitted,

Luminus Network, Inc.

/s/ *Roberto E. Alejandro*
_____
Roberto E. Alejandro (Bar No. 21215)
10400 Little Patuxent Parkway, Ste 450
Columbia, MD 21044
T: (410) 992-1923
ralejandro@beluminus.org
*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2025, I caused a copy of the foregoing to be filed via the Court's electronic filing system, which makes service on all parties so entitled.

/s/ *Roberto E. Alejandro*
_____
Roberto E. Alejandro