THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| I. V. I.<br><br>        *Petitioner*,<br><br>v.<br><br>Nikita Baker, *et al*.<br><br>        *Respondents*. | Case No.: 1:25-cv-01572 |

**PETITIONER'S MOTION FOR STAY AND**
**TEMPORARY RESTRAINING ORDER**

Comes now the Petitioner, by and through undersigned counsel, and, for the reasons stated in the accompanying Memorandum of Law in Support of Petitioner's Motion for Stay and Temporary Restraining Order, moves this Court to Stay Petitioner's removal to Mexico and to issue a temporary restraining order enjoining Respondents from executing any removal of Petitioner until this Court is satisfied Petitioner's due process rights have been afforded him.

Dated: May 23, 2025

Respectfully submitted,

Luminus Network, Inc.

        /s/ *Roberto E. Alejandro*
Roberto E. Alejandro (Bar No. 21215)
10400 Little Patuxent Parkway, Ste 450
Columbia, MD 21044
T: (410) 992-1923
ralejandro@beluminus.org
*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2025, I caused a copy of the foregoing to be filed via the Court's electronic filing system, which makes service on all parties so entitled.

/s/ *Roberto E. Alejandro*
Roberto E. Alejandro