IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **I.V.I,**<br><br>    Petitioner,<br><br>v.<br><br>**Nikita Baker,** *et al.*,<br><br>    Respondents. | Civil Case No. 1:25-cv-1572-JKB |

### RESPONDENT'S RESPONSE TO PETITIONER'S APPLICATION FOR WRIT OF HABEAS CORPUS, MOTION TO DISMISS, AND IN THE ALTERNATIVE, TO STAY PROCEEDINGS

Respondents, through undersigned counsel Thomas Corcoran, Assistant United States Attorney for the District of Maryland, respond to Petitioner's Application Writ of Habeas Corpus and request that it be denied. Further, the Respondents move to dismiss, or in the alternative to stay, the Petition on the grounds that the Petitioner is a class member in a nationwide class certified in *D.V.D. v U.S. Department of Homeland Security*, ECF 118, 64 and 6-1 Civ. 25-10676-BEM (D. Mass. April 18 and May 21, 2025) ("*D.V.D.* Memorandum and Order") and the procedures governing third country removals, such as the instant case, have already been ordered.

WHEREFORE, the Respondents respectfully request this Court enter an Order DENYING Petitioner's Application for Writ of Habeas Corpus, and an Order DISMISSING or alternatively STAYING Petitioner's Application for Writ of Habeas Corpus. Respondents further request that this Court DENY Petitioner's Motion for Temporary Restraining Order (ECF 7 &10).

Dated May 25, 2025                                   Respectfully Submitted,

                                                      Kelly O. Hayes
                                                     United States Attorney

                                                     By:  */s/ Thomas F. Corcoran*
                                                   Thomas F. Corcoran (Bar No. 24894)
                                                   Assistant United States Attorney
                                                   36 South Charles Street, 4th Floor
                                                   Baltimore, Maryland 21201
                                                   (410) 209-4800
                                                   (410) 962-2310 (fax)
                                                   Thomas.corcoran@usdoj.gov
                                                   *Counsel for Respondents*